UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID HASTINGS,
    Plaintiff,

v.

Leeanne, L.L.C., As owners of the
F/V HERCULES,
    Defendants.

CIVIL ACTION NO.

## THE PARTIES

1. The plaintiff, David Hastings, resides in New Bedford, Massachusetts and at all times hereinafter referred to, was serving as a member of the crew of the F/V HERCULES.

2. The defendant, Leeanne LLC, is a duly organized corporation existing under the laws of Massachusetts, and at all times hereinafter referred to, owned, operated and/or controlled the F/V HERCULES which did business in the Commonwealth of Massachusetts and employed the plaintiff.

## JURISDICTION

3. This is a case of maritime jurisdiction pursuant to 28 U.S.C. § 1333(1).

## FACTUAL ALLEGATIONS

4. On or about July 27, 2015 the plaintiff David Hastings was in the employ of the defendant as a seaman and member of the crew of the F/V HERCULES. While the F/V HERCULES was in navigable waters and while the plaintiff was in the exercise of due care and in the performance of his duties, he sustained severe and painful personal

injuries.

## COUNT I
## JONES ACT
(Negligence)

5. Paragraphs 1-4 are realleged and incorporated herein.

6. The injuries sustained by the plaintiff David Hastings were caused by the fault of the defendant, its agents, or servants as follows:

   a) Failure to use due care to provide and maintain a seaworthy vessel with safe and proper appliances;

   b) Failure to use due care to make reasonable and periodic inspection of said vessel, its equipment and appliances;

   c) Failure to use due care to furnish the plaintiff with a reasonably safe place in which to perform his work;

   d) Failure and negligence of fellow employees;

   e) Failure and negligence in other respects that will be shown at the trial.

7. As a result of the said injuries the plaintiff, David Hastings has suffered great pain of body and anguish of mind, lost a great deal of time from his usual work, incurred medical and hospital expenses, and has suffered and will suffer other damages as will be shown at the trial.

8. This cause of action is brought under the Merchant Marine Act of 1920, commonly called the Jones Act. 46 U.S.C App. § 30104.

## REQUEST FOR RELIEF

a) Under Count I, that this court enters judgment in favor of the plaintiff David Hastings against the defendant.

b) For such other relief as this court deems appropriate.

## COUNT II
### GENERAL MARITIME LAW
(Unseaworthiness)

9. Paragraphs 1-8 are realleged and incorporated herein.

10. The injuries sustained by the plaintiff David Hastings were caused by the unseaworthiness of the defendant's vessel, its appliances, appurtenances and equipment.

11. As a result of the said injuries, plaintiff David Hastings has suffered great pain of body and anguish of mind, lost a great deal of time from his usual work, incurred medical and hospital expenses, and has suffered and will continue to suffer other damages as will be shown at trial.

12. This cause of action is brought under the General Maritime Law based upon unseaworthiness and is for the same cause of action as Count I.

## REQUEST FOR RELIEF

a) Under Count II, that this court enters judgment in favor of the plaintiff David Hastings against the defendant.

b) For such other relief as this court deems appropriate.

## COUNT III
## GENERAL MARITIME LAW
(Maintenance and Cure)

13. Paragraphs 1-12 are realleged and incorporated herein.

14. As a result of his injuries the plaintiff, David Hastings has incurred expenses for his maintenance and cure and will continue to do so all to his damage.

## REQUEST FOR RELIEF

a) Under Count III, that this court enter judgment in favor of the plaintiff David Hastings against the defendant.

b) For such other relief as this court deems appropriate.

**PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

Respectfully submitted
For Plaintiffs,
By his attorney,


/s/ Thomas M. Bond
Thomas M. Bond, BBO # 546649
THE KAPLAN/BOND GROUP
88 Black Falcon Avenue, Suite 301
Boston, MA 02210
(617) 261-0080
tbond@kaplanbond.com